UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-136(01) RM |
| ) | |
| AARON TUBBS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 2, 2010 [Doc. No. 34]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Aaron Tubbs' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  February 22, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court